2017 OCT 26 PM 3:58

UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

IN RE FELCOR LODGING SECURITIES ) Civil Action No. ELH-17-1744
LITIGATION ) (ELH-17-2735)
)
)
_____ )

STIPULATION AND [PROPOSED] ORDER OF   ELH
VOLUNTARY DISMISSAL OF PLAINTIFF JUDY G. BAGHERI

WHEREAS, pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Judy G. Bagheri, whose action was originally filed in the Northern District of Texas, Case No. 3:17-cv-01892-C, and transferred to this Court on September 18, 2017, pursuant to the Order on Defendant Felcor Lodging Trust, Inc.'s Unopposed Motion to Transfer Venue entered September 14, 2017, hereby voluntarily submits dismissal of all claims against all parties without prejudice with respect to her individual case only;

WHEREAS, no payment or receipt of attorneys' fees or expenses was made or received in connection with this voluntary dismissal and all parties and their counsel shall bear their own fees and costs; and

WHEREAS, no parties have filed an answer or a motion for summary judgment, or has this action been certified as a class action.

IT IS HEREBY STIPULATED AND AGREED, that this action with respect to Plaintiff Judy G. Bagheri only shall be voluntarily dismissed without prejudice. *The Clerk shall also close case ELH-17-2735.* $\mathcal{E}_{\mathcal{H}}$

DATED: October 26, 2017         ROBBINS GELLER RUDMAN
                                & DOWD LLP
                                DAVID T. WISSBROECKER

                                /s/David T. Wissbroecker
                                ─────────────────────────
                                DAVID T. WISSBROECKER

                                655 West Broadway, Suite 1900
                                San Diego, CA 92101
                                Telephone: 619/231-1058
                                619/231-7423 (fax)
                                Email: dwissbroecker@rgrdlaw.com

                                Attorneys for Plaintiff

- 1 -

1322458_1

DATED: October 26, 2017     MILES AND STOCKBRIDGE PC

*/s/Robert S. Brennen*
ROBERT S. BRENNEN

100 Light Street
Baltimore, MD 21202
Telephone: 410/385-3653
Email: rbrennen@milesstockbridge.com

SIDLEY AUSTIN LLP
MARGARET H. ALLEN
YOLANDA C. GARCIA
YVETTE OSTOLAZA
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Email: margaret.allen@sidley.com
 ygarcia@sidley.com
 yvette.ostolaza@sidley.com

Attorneys for Defendant FelCor Lodging Trust Incorporated

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED: 10/26/17          _____
UNITED STATES DISTRICT JUDGE

- 2 -

1322458_1