# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

|  |  |
|---|---|
| IN RE FELCOR LODGING SECURITIES LITIGATION | Civil Action No. ELH-17-1744 |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss their claims in the above-titled action against Defendants without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment. No class has been certified in this case; Rule 23(e) of the Federal Rules of Civil Procedure therefore does not apply to this dismissal.

Dated: November 2, 2017

**LEVI & KORSINSKY, LLP**

*/s/ Donald J. Enright*
Donald J. Enright
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Email: denright@zlk.com

*Attorneys for Plaintiffs George Assad, Sachs*
*Investment Group, and Martin Johnson*

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel: (302) 295-5310
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff George Assad*

**KAHN SWICK & FOTI, LLC**
Michael J. Palestina
Christopher Tillotson
206 Covington Street
Madisonville, LA 70447
Tel.: (504) 455-1400
Fax: (504) 455-1498
E-mail: Michael.Palestina@ksfcounsel.com

*Attorneys for Plaintiff Sachs Investment*